GAMMOND, Respondent, *v.* BOWERY SAV. BANK, Appellant.

*(Common Pleas of New York City and County, General Term.* February 10, 1890.)

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.
*Norwood & Coggeshall,* for appellant.    *C. G. Macy,* for respondent.
No opinion.    Motion for leave to appeal to the court of appeals granted.
For former reports, see 7 N. Y. Supp. 321; *ante,* 856.

---

PEOPLE *v.* MCQUADE.

*(Common Pleas of New York City and County, General Term.* February 10, 1890.)

Argued before LARREMORE, C. J., and BOOKSTAVER and BISCHOFF, JJ.
*John R. Fellows,* for the People.    *L. A. Gould,* for defendant.
No opinion.    Motion to vacate judgment entered on forfeited recognizance
granted.    For former report, see 1 N. Y. Supp. 155.

---

DOUGHERTY *et al.,* Respondents, *v.* MCGUCKIN *et al.,* Appellants.

*(Superior Court of New York City, General Term.* March 4, 1890.)

Argued before SEDGWICK, C. J., and FREEDMAN, J.
*Daniel P. Mahoney,* for appellants.    *Hector M. Hitchings,* for respondents.

PER CURIAM.    The conclusions of law of the referee are supported by his
findings of fact.    It does not appear that any one of the findings of fact is in-
correct, inasmuch as the case does not show that it contains all the testimony
given on the trial.    Judgment affirmed, with costs.

---

FITZGERALD, Appellant, *v.* FACH, Respondent.

*(Superior Court of New York City, General Term.* January 6, 1890.)

Appeal from jury term.
Action by Garret Fitzgerald as administrator against Charles Fach.
Argued before SEDGWICK, C. J., and FREEDMAN and INGRAHAM, JJ.
*George C. Coffin,* for appellant.    *Thomas F. Grady* and *Theodore Connoly,*
for respondent.

PER CURIAM.    Judgment and order affirmed, with costs.

---

JOHNS, Respondent, *v.* PRESS PUB. CO., Appellant.

*(Superior Court of New York City, General Term.* March 4, 1890.)

Appeal from special term.
Action for libel by George C. Johns against the Press Publishing Company.
Defendant appeals from order vacating order for examination of plaintiff be-
fore answer.
Argued before SEDGWICK, C. J., and FREEDMAN, J.
*De Lancy Nicoll,* for appellant.    *Artemus B. Smith,* for respondent.

PER CURIAM.    The facts of this case, and the questions arising thereon, are
in all substantial particulars identical with those passed upon in *Roberts* v.
*Publishing Co., ante,* 870, (decided at the present term of court,) and for the
reasons given in that case the order appealed from should be affirmed, with
$10 costs and disbursements.